AO 442 (Rev. 10/03) Warrant for Arrest    

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNITED STATES OF AMERICA
V.
GUILLERMO MAGALLANES

**WARRANT FOR ARREST**

CASE NUMBER: 5:15-mj-00011-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GUILLERMO MAGALLANES

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
Conspiracy to distribute and possess with intent to distribute methamphetamine, a Scheduled II controlled substance

in violation of Title 21, United States Code, Section(s) 846 and 841(a).

Jennifer L. Thurston
Name of Issuing Officer

*Jennifer L. Thurston* (signature)
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

February 11, 2015 at Bakersfield, CA
Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 2/11/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/23/2015 | SA Grimm | *(signature)* |

COPY ISSUED — SEALED