# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>GUILLERMO MAGALLANES<br>*Defendant* | ) ) ) ) ) ) Case No. 5:15-mj-00011-JLT |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GUILLERMO MAGALLANES

Date: 02/23/2015

*Attorney's signature*

David A. Torres     #135059
*Printed name and bar number*

1318 "K" Street
Bakersfield, CA 93301
*Address*

dtorres @ lawtorres.com

lawtorres@aol.com
*E-mail address*

(661) 326-0857
*Telephone number*

(661) 326-0936
*FAX number*