AO 442 (Rev. 10/03) Warrant for Arrest

ISSUED UNSEALED

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—

**FILED**
**FEB 24 2015**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**UNITED STATES OF AMERICA**
**V.**
**GUILLERMO MAGALLANES**

## WARRANT FOR ARREST

CASE NUMBER: 5:15-mj-00011-JLT

To: The United States Marshal
and any Authorized United States Officer

USMS FRESNO RCVD
FEB 18 2015 AM 8:34

YOU ARE HEREBY COMMANDED to arrest GUILLERMO MAGALLANES

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
Conspiracy to distribute and possess with intent to distribute methamphetamine, a Scheduled II controlled substance

in violation of Title 21, United States Code, Section(s) 846 and 841(a).

| | |
|---|---|
| Jennifer L. Thurston | *Jennifer L. Thurston* (signature) |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | February 11, 2015 at Bakersfield, CA |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 02/18/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/20/15 | DEA Bakersfield | *(signature)* |